■ HOLY CROSS POLISH NATIONAL CATHOLIC CHURCH OF NEW YORK, Respondent, v ROMAN PABIS et al., Appellants, THOMAS N. RUDNY, Respondent, et al., Defendants. (And Other Actions.) [753 NYS2d 727] —Order, Supreme Court, New York County (Herman Cahn, J.), entered April 18, 2002, which, inter alia, denied defendants' motion to renew their opposition to plaintiff's previously granted motion for summary judgment foreclosing a mortgage, unanimously affirmed, without costs.

Defendants' motion, properly construed by the motion court as one for renewal, was properly denied since the new documents upon which the motion was based, purporting to demonstrate that the mortgage had been satisfied and that defendants had been released from their obligations thereunder, were of dubious provenance and validity, having been executed subsequent to the grant of plaintiff's summary judgment motion and by a party whose authority to act on plaintiff's behalf was not demonstrated and, indeed, was sharply contested. Concur—Mazzarelli, J.P., Andrias, Saxe, Buckley and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORBERTO BONILLA, Appellant. [753 NYS2d 727] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered August 4, 2000, convicting defendant, after a jury trial, of course of sexual conduct against a child in the first degree, and sentencing him to a term of 7½ to 15 years, unanimously affirmed.

The verdict was not against the weight of the evidence. The victim provided a detailed, convincing account of defendant's sexual misconduct. Issues of credibility were properly considered by the jury and there is no basis for disturbing its determinations. The lack of physical evidence did not cast doubt on the victim's testimony, in light of the nature of the abuse which involved touching, kissing and oral sex. Concur—Mazzarelli, J.P., Andrias, Saxe, Buckley and Friedman, JJ.